# UNITED STATES DISTRICT COURT
## District of Minnesota

## JUDGMENT IN A CIVIL CASE

Dervin Enrique Chourio Herrera,

Petitioner(s),

v.

Case Number: 26-cv-1895 JMG/DLM

Pamela Jo Bondi, Markwayne Mullin, David Easterwood, Charles Guillory and Todd Lyons,

Respondent(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. The Petition for Writ of Habeas Corpus (filing 1) is granted.
2. The government's motion to dismiss or transfer (filing 6) is denied.
3. The government shall immediately return the petitioner to the District of Minnesota.
4. When the petitioner is in Minnesota, the government shall immediately release the petitioner from custody with no new conditions, and shall return any personal property seized from the petitioner when detained.
5. No later than March 30, 2026, the government shall file a status report certifying compliance with this Order.

Date: 3/26/2026

KATE M. FOGARTY, CLERK